FILED
SUPERIOR COURT
OF GUAM

2014 AUG 11 PM 1:59

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| REGINA M. MURPHY, | Domestic Case no. DM0145-14 |
| Plaintiff, | |
| v. | **ORDER** |
| ARTHUR D. MURPHY, | |
| Defendant. | |

This matter came before the Honorable Judge Michael J. Bordallo for a continued hearing on August 11, 2014. Regina M Murphy appeared *pro se*. Defendant was represented by attorney Zachary Taimanglo. After having considered the arguments, papers and file herein the Court hereby re-affirms and re-emphasizes its August 7, 2014 order. The Court finds that it is in the best interest of the children that during the parents' divorce and determination of custody that the children should be afforded every level of permanence available. Accordingly:

1. The two older children, Collin M. Murphy and Cassidy M. Murphy are to continue to attend Saint Anthony Catholic School until their respective graduations;

2. The two younger children, Caitlin M. Murphy and Caleb M. Murphy will attend Santa Barbara Catholic School;

3. Attorney Leslie A. Travis is to be appointed as Guardian *Ad Litem* for the minor children.

ORIGINAL

The cost of her appointment shall be paid by the Plaintiff and Defendant at an amount to be determined by the Court at a later date.

SO ORDERED, this ___11___ day of ___August___ 2014.

 

HONORABLE MICHAEL J BORDALLO
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of:

L. TRAVIS

2. TAINUNS6

Date: 8/11/14 Time: 2:43p3

Deputy Clerk, Superior Court of Guam

rec'd by: 8/12/14